Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Gerald E. Porter**
gerald.porter@troutman.com

May 7, 2021

**VIA ECF**

The Honorable A. Kathleen Tomlinson, U.S.M.J.
United States District Court for the District of New York, Eastern District
100 Federal Plaza
Central Islip, NY 11722-9014

Re:    ***HMTX Industries et al. v. Ecointeriors Corp.,***
       **Civil Action No. 2:20-cv-05707(GRB)(AKT)**

Dear Magistrate Judge Tomlinson:

The undersigned counsel represent Plaintiffs HMTX Industries, Teknoflor Supply, LLC, and
Halstead New England Corporation and Defendant Ecointeriors Corp in the above-captioned
matter. The parties write jointly seeking a fourteen (14) day extension for the submittal of the
parties' Protective Order deadline, pursuant to the Court's Civil Conference Minute Order (D.I.
26). The parties have met and conferred regarding key issues related to the Protective Order
and believe the additional time would allow us to reach an agreement on the outstanding issues.
We've attached the current version of the Protective Order identifying the sections currently in
dispute.

The parties therefore request that the Court amend the relevant deadline as follows:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Protective Order Submittal | May 7, 2021 | May 21, 2021 |

Thank you for Your Honor's kind attention to this matter.

**Magistrate Judge Tomlinson**
**Error! No text of specified style in document.**
Page 2



Sincerely,

_s/ Gerald E. Porter_                              _s/ Drew Wilson_
Gerald E. Porter                                   Drew Wilson

_Counsel for Plaintiffs_                           _Counsel for Defendant_


Cc:      All Counsel (via ECF)